# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| LISA FASON, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:13-cv-2978-SHL-cgc |
| TERMINIX, | ) |
| Defendant. | ) |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH ALTERNATIVE DISPUTE RESOLUTION PROCESS AND DISMISS ACTION

Before the Court is the Magistrate Judge's Report and Recommendation on Terminix's ("Terminix") Motion to Compel Compliance with Alternative Dispute Resolution Process and Dismiss Action (the "Report and Recommendation"), filed June 23, 2014. (ECF No. 13.) In the Report and Recommendation, the Magistrate Judge recommends that "Plaintiff shall be compelled to resolve her disputes of discrimination on the basis of race and sex in violation of Title VII" under the terms of the parties' agreed upon dispute resolution plan. (Id. at 13-14.) The Magistrate Judge further recommends that because all of Plaintiff's claims are subject to resolution under the plan, that Plaintiff's action should be dismissed. (Id. at 14.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 13) in its entirety.

Accordingly, Terminix's Motion to Compel Compliance with Alternative Dispute Resolution Process and Dismiss Action (ECF No. 7) is GRANTED and Plaintiff's Pro Se Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 20th day of August, 2014.

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE